JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 1

DOCKET NO. 503 -- In re O.L.M. International Corp./Talo Distributors, Inc. Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 82/03/25 | 1 | MOTION/BRIEF, EXHIBITS A thur C -- O.L.M. International Corp. w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: N.D. California svc. SUGGESTED TRANSFEREE JUDGE: (ds) ~~SUGGESTED TRANSFEREE~~ |
| 82/04/01 | | HEARING ORDER -- Setting motion to consolidate A-1 and A-2 for Panel hearing in San Francisco, Calif. on April 29, 1982  (cds) |
| 82/04/05 | | APPEARANCE: FRANCIS D. DIBBLE, JR., ESQ. for Talo Distributors, Inc.  (cds) |
| 82/04/21 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING pursuant to 28 U.S.C. §1407.  (emh) |
| 82/04/21 | 2 | LETTER -- Requesting to Withdraw Motion -- O.L.M. Intern'l Corp.  (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. _____ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 503 -- In re O.L.M. International Corp./Talo Distributors, Inc. Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | O.L.M. International Corp. v. Talo Distributors, Inc. | N.D.Calif. Williams | C82-0551 SW | | | | |
| A-2 | Talo Distributors, Inc. v. O.L.M. International Corp. | D.Mass. Freedman | 82-0038 F | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 503 -- In re O.L.M. International Corp./Talo Distributors, Inc.

Litigation

O.L.M. INTERNATIONAL CORP. (A-1)(def. A-2)
Gary D. Sprague, Esq.
Lillick, McHose & Charles
Two Embarcadero Center
San Francisco, CA  94111

TALO DISTRIBUTORS, INC. (A-2)(def. A-1)
Francis D. Dibble, Jr., Esq.
Bulkley, Richardson and Gelinas
1500 Main Street
Springfield, MA  01115

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 503 -- In re O.L.M. International Corp./Talo Distributors, Inc. Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Talo Distributors, Inc. | A-1 |
| O.L.M. International Corp. | A-2 |