JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 21 1982

PATRICIA D. H...
CLERK OF THE PANEL

DOCKET NO. 503

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE O.L.M. INTERNATIONAL CORP./TALO DISTRIBUTORS, INC., LITIGATION

ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING

This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 to centralize the two actions listed on the attached Schedule A in the Northern District of California for coordinated or consolidated pretrial proceedings. The California action listed on Schedule A was dismissed on April 12, 1982, and movant now desires to withdraw its motion.

IT IS THEREFORE ORDERED that movant's request to withdraw its motion be granted and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the hearing order filed on April 1, 1982, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

MDL-503 -- In re O.L.M. International Corp./Talo Distributors, Inc.
Litigation

District of Massachusetts

Talo Distributors, Inc. v. O.L.M. International Corp.,
C.A. No. 82-0038-F

Northern District of California

O.L.M. International Corp. v. Talo Distributors, Inc.,
C.A. No. C82-0551-SW